IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-02167-AP**

**WILDEARTH GUARDIANS**,

       Plaintiff,

v.

**UNITED STATES FOREST SERVICE, et al.,**

       Defendants.

## ORDER

Kane, J.

This matter is before the court on Mountain Coal Company's Motion for Limited Reconsideration and Clarification (doc. #15), filed January 27, 2009. The motion is DENIED.

Dated: February 9, 2009

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court