IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-02167-AP**

**WILDEARTH GUARDIANS**,

        Plaintiff,

v.

**UNITED STATES FOREST SERVICE, et al.,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Mountain Coal Company's Motion to Stay Pending Appeal (doc. #22), is DENIED. Instructions for preparation of the parties Joint Case Management Plan are being sent by separate minute order.

Dated:  May 5, 2009