IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-02167-AP**

**WILDEARTH GUARDIANS**,

        Plaintiff,

v.

**UNITED STATES FOREST SERVICE, et al.,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Plaintiff WildEarth Guardians' Motion for Leave to File Second Amended Complaint (doc. #43), filed August 26, 2009, is GRANTED. The Second Amended Complaint is accepted as filed.

Dated: September 16, 2009