IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-02167-AP**

**WILDEARTH GUARDIANS**,

        Plaintiff,

v.

**UNITED STATES FOREST SERVICE, et al.,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Motion to Withdraw Appearance of Scott P. Sinor (doc. #50), filed September 16, 2009, is GRANTED. Scott P. Sinor is permitted to withdraw as counsel of record for Mountain Coal Company, L.L.C.

Dated:  September 16, 2009