IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action No. **08-cv-02167-JLK**

**WILDEARTH GUARDIANS, a not-for-profit corporation**,

    Petitioner,

v.

**UNITED STATES FOREST SERVICE, a federal agency within the U.S. Department of Agriculture,**
**RICK CABLES, in his official capacity as Regional Forester of the U.S. Forest Service's Rocky Mountain Region,**
**CHARLES S. RICHMOND, in his official capacity as Supervisor of the Grand Mesa, Uncompahgre, Gunnison National Forest,**
**UNITED STATES DEPARTMENT OF THE INTERIOR, a federal agency, and**
**WILMA LEWIS, in her official capacity as Assistant Secretary, Land and Minerals Management, U.S. Department of the Interior,**

    Respondents, and

**MOUNTAIN COAL COMPANY,**

    Intervener-Respondent

---

# **ORDER**

---

Kane, J.

    As parties have shown good cause for modification of the Fourth Revised Joint Case Management Plant (Doc. 78), the Joint Motion to Amend/Correct/Modify the Fourth Revised Joint Case Management Plan (Doc. 85) is GRANTED. The briefing schedule shall be modified as follows:

    1. Respondents' and Intervener Respondent's Brief Due: November 1, 2010

    2. Petitioner's Reply Brief Due: December 22, 2010

Dated: August 26, 2010

                                          **/s/John L. Kane**

                                          SENIOR U.S. DISTRICT JUDGE